435 A.2d 911

Commonwealth, Appellant v. Dolan.

Argued November 11, 1980. James J. Conte, Assistant

550

District Attorney, submitted a brief on behalf of Commonwealth, appellant; Irving M. Green, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.